IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DORIS WILLIAMS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 1:13-cv-00280-LY |
| | § | |
| **FAIR COLLECTIONS & OUTSOURCING, INC.; and DOES 1 through 10, inclusive,** | § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Fair Collections & Outsourcing, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

 /s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
**Sessions, Fishman, Nathan, & Israel, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
Email: wwhite@sessions-law.biz

**Attorney for Defendant,
Fair Collections & Outsourcing, Inc.**

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2013, a copy of the foregoing **Notice of Pending Settlement** was filed with the Clerk of the Court, United States District Court for the Western District of Texas, Austin Division and served upon the following via CM/ECF:

Kimberly A. Lucas, Esq.
Kyle Mathis & Lucas, LLP
8226 Douglas Ave., Suite 450
Dallas, Texas 75225

    /s/ Whitney L. White
Whitney L. White